UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO MCCRAY,

    Plaintiff,

v.

ERNST GAUDERER, M.D. et al.,

    Defendants.
_____/

Case No.: 1:13-cv-873

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 19). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's motion for summary judgment (ECF No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's claim against the defendant are **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 13, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge