UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO MCCRAY,

      Plaintiff,

                                      Case No.: 1:13-cv-873

v.

                                      HONORABLE PAUL L. MALONEY

ERNST GAUDERER, M.D. et al.,

      Defendants.

_____/

## **JUDGMENT**

      Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Dated: January 13, 2015                               /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge